# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## -- Tampa Division --

ERNEST ENAX,

    Petitioner,

-vs-

COMMISSIONER OF
INTERNAL REVENUE,

    Respondent.

Docket No. 8:10-CV-2652-T-26TBM



## CIVIL COMPLAINT

COMES NOW the Petitioner *pro se*, Ernest Enax ("Mr. Enax"), and files this Petition to abate an excessive continuous levy against his Social Security benefit checks; and to be refunded those amounts which were taken from past Social Security benefit checks, in excess of what the law allows.

### Jurisdiction:

1. This court has jurisdiction pursuant to the provisions of Title 26 U.S.C. § 7442.

### Parties:

2. The Petitioner in this action is Ernest Enax. Mr. Enax's mailing address is 6319 12th Street North, St. Petersburg, Florida 33702.

3. The Respondent in this action is the Commissioner of Internal Revenue.



## Cause of Action:

4. Mr. Enax has been receiving social security benefit checks for a number of years, and continues to be eligible for Social Security benefit checks, to this day.

5. The Respondent, Commissioner of the Internal Revenue, or one of his employees, has made a levy of Mr. Enax's Social Security benefit checks, insofar as this action is concerned, from January 2007 through to the present. The amounts taken from each of Mr. Enax's benefit checks were in excess of 15%, and total $51,153.10, during the time period of October, 2003 through to, and including June, 2010. See Plaintiff's Exhibit 1: Document from the Social Security Administration how much was taken from Mr. Enax's Social Security benefit checks during this time period.

6. The amounts taken from Mr. Enax's Social Security benefit checks during the months of July, 2010 through to and including November, 2010, totals $7,142.

7. The total amounts levied for the periods specified hereinabove, amounts to $7,142.00, "Enax Assuming, arguendo, that it was lawful to withhold 15% from Mr. Enax's Social Security benefit checks, the total amounts withheld in excess of 15% for each benefit check issued during the period of October, 2003 through to and including November, 2010. Mr. Enax has made repeated attempts to contact the Internal Revenue Service to abate the

aforementioned excessive levies, and has been consistently denied or ignored.

8. On March 30, 2010, Mr. Enax sent a certified letter to his local Taxpayer Advocate at 7850 SW 6th CT., Room 265, Plantation, FL 33324; and the same letter, also via certified mail, to the Internal Revenue Service office located at 1111 Constitution Avenue, Washington D.C. 20224. See Plaintiff's Exhibit 2.

9. It has been over six months since Mr. Enax sent the letter referred to in the preceding paragraph. The Taxpayer Advocate Service and the Internal Revenue Service generally, continues to ignore Mr. Enax.

10. Mr. Enax has exhausted all administrative remedies.

## Prayer for relief:

Petitioner prays that this court grant the following relief:

1. FIND that the Internal Revenue Service violated the law when it took more than 15% of Petitioner's Social Security benefit checks during the time the alleged levies began in October of 2003, until the present date;

2. ORDER that the Internal Revenue Service discontinue any and all levies of Petitioner's Social Security benefit checks in excess of 15% in the future;

3. ORDER that the Respondent refund all those monies taken in excess of 15% of each and every benefit check upon which excessive levies have been made; and,

4. ORDER that the Respondent pay interest on the monies unlawfully taken from Petitioner's Social Security benefit checks.

Respectfully submitted this  24  day of November, 2010.

_____
Ernest Enax
6319 12th St. N.
St. Petersburg, Florida  33702
727-526-6745

# **EXHIBIT 1**



# SOCIAL SECURITY

Refer to:
S9H: AE1392

AUG 0 2 2010

Mr. Ernest Enax
6319 12th Street N.
St. Petersburg, FL  33702

Dear Mr. Enax:

This letter is in response to your May 31, 2010, Freedom of Information Act (FOIA) appeal regarding the amount of money that was withheld from your monthly Social Security payments and sent to the Internal Revenue Service (IRS).

The information you requested is enclosed.

This is our final decision in this matter. If you still believe the decision is incorrect, however, the law permits you to seek review in a district court of the United States.

Sincerely,

Jonathan R. Cantor
Executive Director
Office of Privacy and Disclosure

Enclosure

**Other Information**

You asked us to provide a list of payments that were withheld from your Social Security benefits from 2003 through the present which were sent to the IRS to satisfy your federal tax debt.

Please see the information below.

| DATE | AMOUNT |
|---|---|
| 10/2003 | $576.00 |

*576.00*

**NO PAYMENTS WITHHELD FOR 11/2003 THROUGH 12/2006**

| | |
|---|---|
| 01/2007 | $609.90 |
| 02/2007 | $1339.10 |
| 03/2007 | $1339.10 |
| 04/2007 | $1339.10 |
| 05/2007 | $1339.10 |
| 06/2007 | $1339.10 |
| 07/2007 | $1339.10 |
| 08/2007 | $1339.10 |
| 09/2007 | $1339.10 |
| 10/2007 | $1339.10 |
| 11/2007 | $1339.10 |
| 12/2007 | $1363.00 |

*14,730.10*
*609.90*
*15,340.00*

| | |
|---|---|
| 01/2008 | $1363.00 |
| 02/2008 | $1363.00 |
| 03/2008 | $1363.00 |
| 04/2008 | $1363.00 |
| 05/2008 | $1363.00 |
| 06/2008 | $1363.00 |
| 11/2008 | $617.20 |
| 12/2008 | $686.30 |

*8,178.00*
*617.20*
*686.30*
*9,481.50*

| | |
|---|---|
| 01/2009 | $1432.10 |
| 02/2009 | $1432.10 |
| 03/2009 | $1432.10 |
| 04/2009 | $1432.10 |
| 05/2009 | $1432.10 |
| 06/2009 | $1432.10 |
| 07/2009 | $1432.10 |
| 08/2009 | $1432.10 |
| 09/2009 | $1432.10 |
| 10/2009 | $1432.10 |
| 11/2009 | $1432.10 |
| 12/2009 | $1428.40 |

*17,185.20*

| | |
|---|---|
| 01/2010 | $1428.40 |
| 02/2010 | $1428.40 |
| 03/2010 | $1428.40 |
| 04/2010 | $1428.40 |
| 05/2010 | $1428.40 |
| 06/2010 | $1428.40 |

*8,570.40*

*50,577.10*
*576.00*
*51,153.10*

**SEE NEXT PAGE**

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-613-3965. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 30 DR MLK ST S
> ST PETERSBURG, FL 33701

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Anne Jacobosky*
Anne Jacobosky
Assistant Regional Commissioner,
Processing Center Operations

# **EXHIBIT 2**

Ernest Enax
6319 12th St. N.
St. Petersburg, Florida 33702

March 30, 2010

*Sent to the following Addressees:*

Taxpayer Advocate Service
7850 SW 6th CT., Room 265
Plantation, FL 33324

Internal Revenue Service
1111 Constitution Ave.
Wa. D.C. 20224

Internal Revenue Service
Area Director
Compliance Technical Support Manager
9450 Koger Blvd.
St. Petersburg, Fl 33702

Re: Withholding in excess of 15% of my Social Security benefit checks, my request that this excessive withholding be abated, and my request for restitution of amounts taken from my Social Security benefit checks in excess of 15%

Dear Sirs,

    I am informed that the IRS may levy person's Social Security checks, taking up to 15% of the monies the recipient receives. However, for several years now, I have written to the IRS repeatedly to abate this unlawful practice, to no avail.

    As such, I am writing to the Taxpayer Advocate's office of my state (Florida) and the IRS offices in Washington D.C. I also decided to send a copy of this letter to the Taxpayer Advocate's Office, because an official IRS website said that that would be the proper thing to do to resolve my problem. I have attached a printout of that webpage, for your convenient reference. I could find no address or offices of the "Area Director, Attn:

Compliance Technical Support Manager of the area in which the taxpayer currently resides." See 26 CFR § 301.7433-1(e)(1).[1] As such, I trust that sending this letter to these three offices shall suffice to satisfy the requirements of the regulations. In the event that I am mistaken, please inform me of this in writing; you may send such notification to me at the address indicated in the letterhead above.

The particulars of this mater are as follows:

1. I, Ernest Enax, have been receiving Social Security benefit checks for a number of years, and I continue to be eligible for Social Security benefit checks, to this day.

2. The IRS has made levied my Social Security benefit checks, for the months of November and December, of 2003. The amounts taken from my checks for those two months, were in excess of 15%, and total $1,052.00.

3. The IRS has also levied my Social Security benefit checks, for the months of January through December of 2004. The amounts taken from my checks for those twelve months, were in excess of 15% and total $4,608.00.

4. The IRS has levied my Social Security benefit checks, for the months of January through December of 2007. The amounts taken from my benefit checks for those twelve months were in excess of 15% and total $14,609.90.

5. The IRS has levied my Social Security benefit checks, for the months of January through August of 2008. The amounts taken from my benefit checks for those eight months, were in excess of 15% and total $9,541.00.

6. The IRS has made a continuous levy of my Social Security benefit checks, for the months of January through November of 2009. The amounts taken from my checks for those eleven months, were in excess of 15% and total $17,185.10.

7. The total amounts levied for the periods specified hereinabove, amounts to $46,996.10.

---

[1] I have spent well over an hour to determine the correct office to write to. I have called the Ft. Lauderdale office (954)423-7763; and (800)829-1040, where I spoke with a Ms. York (#0678-104). These people had no suggestions of where to send this letter, other than the IRS offices in Washington D.C.

8. I have made repeated attempts to contact the IRS to abate the aforementioned excessive levies, and have been consistently denied or ignored.

Wherefore, I demand that the IRS discontinue any and all levies of Petitioner's Social Security benefit checks in excess of 15% in the future; refund all those monies taken in excess of 15% of each and every benefit check upon which excessive levies have been made; and, pay interest on the monies unlawfully taken from my Social Security benefit checks.

Sincerely,

*[signature]*

Ernest Enax
6319 12th St. N.
St. Petersburg, Florida 33702