# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
-- Tampa Division --

| | |
|---|---|
| ERNEST ENAX, | |
| Plaintiff, | |
| -vs- | |
| COMMISSIONER OF INTERNAL REVENUE, | Docket No. 8:10-CV-02652-RAL-TBM |
| Defendant. | |

## NOTICE OF PENDENCY OF RELATED ACTIONS

COMES NOW the Plaintiff *pro se*, Ernest Enax and hereby gives notice that there exist no other cases within the purview of Local Rule 1.04, nor any other similar or related cases or proceedings, which are pending before any other court or administrative agency.

I further certify that I have served a copy via US Mail of this Notice of Pendency of Other Actions upon each party in this action.

Dated this __10__ day of December, 2010.

*/s/ Ernest Enax/*

Ernest Enax
6319 12th St. N.
St. Petersburg, Florida 33702

FILED 10 DEC 10 AM 10:23