**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERNEST ENAX,

    *Pro se* Petitioner,

v.                                  CASE NO: 8:10-cv-2652-T-26TBM

COMMISSIONER OF INTERNAL
REVENUE,

    Respondent.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that Plaintiff's Request Regarding Allowance of Submittance of a Brief in Opposition to Defendant's Motion to Dismiss (Dkt. 13) is denied as unnecessary. Defendant's Motion to Reconsider (Dkt. 13) is denied because he has failed to demonstrate that this Court's conclusion, consistent with other courts that have ruled on this issue, that there is no statutory prohibition preventing the IRS from levying in excess of 15% of an individual's social security benefit payments is wrong.

    **DONE AND ORDERED** at Tampa, Florida, on February 11, 2011.

                                  s/*Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
*Pro se* Petitioner
Counsel of Record