FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION          11 MAR -3 AM 9:21

CLERK DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| Ernest Enax ) | |
| Plaintiff ) | Case No. 8:10-cv-02652-RAL-TBM |
| ) | |
| Vs. ) | |
| ) | Notice of Appeal |
| Commissioner of ) | |
| Internal Revenue ) | |
| Respondent | |

Plaintiff above-named hereby files his Notice to appeal to the United States Court of Appeals for the 11th Circuit that the decision of Richard A. Lazzara, USDJ-MDFL, dated February 11, 2011 which denied plaintiff request Regarding Allowance of Submittance of a Brief in Opposition to Defendant's Motion to Dismiss is denied as unnecessary.

Ernest Enax, Plaintiff pro per
6319 12th St N
St. Petersburg, FL  33702

**CERTFICATE OF SERVICE:**

I do hereby certify that on this date March 3, 2011, I sent properly a copy via first class mail of this pleading to:

Trial Attorney
Michael W. May
Tax Division
U.S. Department of Justice
Post Office Box 14198, Ben Franklin Station
Washington, D.C. 20044

Ernest Enax
6319 12th St N
St. Petersburg, FL 33702