FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA            DIVISION

11 MAR -7 AM 9: 36

CLERK DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Ernest Enax            Plaintiff(s),

-v-                                         Case No. 8:10-cv-02652-RAL-TBM

Commissioner of
Internal Revenue       Defendant(s)

### AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, Ernest Enax_____, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 USC § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: To appeal the decision of Richard A. Lazzara, USDJ-MDFL dated Fevruary 11, 2011

II. **RESIDENCE**
   Affiant's address: 6319 12th St N
                       (Street)

   St. Petersburg                      FL            33702      -
   (City)                              (State)       (Zip Code)

DC 101 (Rev. 1/97)                                               Page 1

III. **MARITAL STATUS**:
   1. Single [✓]        Married [ ]        Separated [ ]        Divorced [ ]
   2. If married, spouse's full name: _____

IV. **DEPENDENTS**:
   1. Number: _____
   2. Relationship to dependent(s): _____
   3. How much money do you contribute to your dependents' support on a monthly basis?
      $ _____

V. **EMPLOYMENT**: (Information provided below applies to your present employment or last employment).
   1. Name of employer: Retired _____
      a. address of employer: _____
         (Street)

         _____ - _____
         (City)                                    (State)      (Zip)

      b. State how long affiant has been (was) employed by present (or last) employer?
         Years: _____        Months: _____
      c. Income:   Monthly $ _____   or   Weekly: $ _____
      d. What is (was) the affiant's job title? _____
   2. If unemployed, date of last employment: _____
   3. Is spouse employed? Yes [ ] No [ ]  If so, name of employer: _____

      a. Income:   Monthly $ _____   or   Weekly: $ _____
      b. What is spouse's job title? _____
   4. Are you and/or your spouse receiving welfare aid? Yes [ ]   No [ ]
      If so, amount: Monthly $ _____      or    Weekly $ _____

VI. **FINANCIAL STATUS**:
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description:  2 bedroom 1 bath House _____

b. Full address: 6319 12th St N
   (street)
   St. Petersburg                FL              33702    -
   (City)                      (State)           (Zip)

c. In whose name?  Ernest Enax

d. Estimated value:                              $   89,000.00

e. Total amount owed:                            $   46,000.00

   Owed to: John Cappa        for    $
                              for    $

f. Annual income from property:                  $   0.00

2. Other assets/property:

   a. Automobile:  Make  2009 Lincoln        Model  MKZ
      In whose name registered:  Ernest Enax
      Present value of car:                      $   28,000.00
      Amount owed:                               $   28,000.00
      Owed to:  Ford Motor Corp.

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:  $  288.00

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

   Business, profession, or other forms of
   self employment:                              $

   Rent payments, interest, or dividends:        $
   Pensions, annuities, or life insurance payments  $   17,304.00
   Gifts or inheritances:                        $
   Stocks, bonds, or notes:                      $
   Other sources:                                $

3. Obligations:
   a. Monthly rental on house or apartment:      $
   b. Monthly mortgage payments on house:        $   478.30

7. *State the persons who rely on your or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 478.30 | $ _____ |
| Are real-estate taxes included? ☐ Yes ☒ No | $ _____ | $ _____ |
| Is property insurance included? ☐ Yes ☒ No | $ _____ | $ _____ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 320.00 | $ _____ |
| Home maintenance (repairs and upkeep) | $ 140.00 | $ _____ |
| Food | $ 250.00 | $ _____ |
| Clothing | $ 50.00 | $ _____ |
| Laundry and dry-cleaning | $ 30.00 | $ _____ |
| Medical and dental expenses | $ 150.00 | $ _____ |
| Transportation (not including motor vehicle payments) | $ 100.00 | $ _____ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 160.00 | $ _____ |
| Insurance (not deducted from wages or included in mortgage payments) | $ _____ | $ _____ |
| Homeowner's or renter's | $ 160.00 | $ _____ |
| Life | $ 147.00 | $ _____ |
| Health | $ 115.00 | $ _____ |
| Motor Vehicle | $ 115.00 | $ _____ |
| Other: Retirement home | $ 147.00 | $ _____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): Home Mortgage | $ 120.00 | $ _____ |
| Installment payments | $ _____ | $ _____ |
| Motor Vehicle | $ 567.00 | $ _____ |
| Credit card (name): Capital One | $ 100.00 | $ _____ |
| Department store (name): _____ | $ 0.00 | $ _____ |
| Other: _____ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ _____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0.00 | $ _____ |
| Other (specify): _____ | $ 0.00 | $ _____ |
| **Total monthly expenses** | $ 2874.30 | $ _____ |

3

4. Other information pertinent to affiant's financial debts and obligations:

| Capital One | 400.00 | 100.00 |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |

| | | |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |

| | | |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |

Other (explain):   See Attachment for montly expenses

VII. **FOR PRISONER AFFIANTS ONLY:**
 1. Date(s) of incarceration: _____
 2. Estimated release or parole date: _____
 3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 6 of this Affidavit of Indigency is also properly executed and filed.

VIII. ALL AFFIANTS MUST READ AND SIGN

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury of making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA
COUNTY OF Pinellas

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 7th DAY OF March, 20 11, BY Earnest Enock.
(Insert name of person acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED Florida Driver's License
(State type of identification)

AS IDENTIFICATION AND WHO (DID  ) (DID NOT ✓) TAKE AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
April 19, 2013

MELISSA ANN URSITZ
MY COMMISSION # DD 881579
EXPIRES: April 19, 2013
Bonded Thru Notary Public Underwriters