IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 20 2011

JOHN LEY
CLERK

No. 11-11007-C

ERNEST ENAX,

Plaintiff-Appellant,

versus

COMMISSIONER OF IRS,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Florida

ORDER:

Ernest Enax's motion for leave to proceed *in forma pauperis* is GRANTED because the
appeal is not frivolous. *See Pace v. Evans*, 709 F.2d 1428 (11th Cir. 1983).

UNITED STATES CIRCUIT JUDGE

11 JUN 22 PH 2: 06

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 20, 2011

## MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 11-11007-C
Case Style: Ernest Enax v. Commissioner of IRS, et al
District Court Docket No: 8:10-cv-02652-RAL-TBM

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

The following record materials in the referenced case are returned to US District Court
herewith: 1 Volume.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Deborah H. Hall, C
Phone #: (404) 335-6189

MOT-2 Notice of Court Action



