# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 30, 2012

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 11-11007-CC
Case Style: Ernest Enax v. Commissioner of IRS, et al
District Court Docket No: 8:10-cv-02652-RAL-TBM

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Appellee's brief is due 30 days from the date of this order.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Team
Phone #: (404) 335-6130

MOT-2 Notice of Court Action

IN THE UNITED STATE COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-11007-CC

ERNEST ENAX,

        Plaintiff - Appellant,

versus

COMMISSIONER OF IRS,

        Defendant - Appellee.

- - - - - - - - - - - - - -

Appeal from the United States District Court for the
Middle District of Florida

- - - - - - - - - - - - - -

Before: TJOFLAT and MARTIN, Circuit Judges.

BY THE COURT:

Appellant's motion to set aside dismissal and reinstate the appeal is GRANTED.

The brief of the appellee is due 30 days from the date of this order.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 30 2012
JOHN LEY
CLERK