# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 11-11007

_____

District Court Docket No.
8:10-cv-02652-RAL-TBM

| FILED |
| U.S. COURT OF APPEALS |
| ELEVENTH CIRCUIT |
| MAY 24, 2012 |
| JOHN LEY |
| CLERK |

ERNEST ENAX,

          Plaintiff - Appellant,

versus

COMMISSIONER OF IRS,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

### JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 24, 2012
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate
August 10, 2012

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 10, 2012

Sheryl L. Loesch
United States District Court
801 N FLORIDA AVE RM 200
TAMPA, FL 33602-3849

Appeal Number: 11-11007-CC
Case Style: Ernest Enax v. Commissioner of IRS, et al
District Court Docket No: 8:10-cv-02652-RAL-TBM

The enclosed judgment is hereby issued as the mandate of this court. A copy of this letter, but not a copy of the court's decision, is also being mailed to the appellant and appellee's counsel. A copy of the court's decision was previously mailed to the appellant and appellee's counsel on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

MDT-1 Letter Issuing Mandate