## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ERNEST ENAX,

    Plaintiff,

v.                                                                   CASE NO: 8:10-cv-2652-T-26TBM

COMMISSIONER OF INTERNAL
REVENUE SERVICE,

    Defendant.

                                         /

## O R D E R

In light of the mandate of the Eleventh Circuit Court of Appeals filed this day at docket 23, it is **ORDERED AND ADJUDGED** that this case is dismissed for lack of subject matter jurisdiction. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on August 13, 2012.

                                         s/*Richard A. Lazzara*
                                         **RICHARD A. LAZZARA**
                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record